```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02572
   VELMA WIGGINS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-9268

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/08 and confirmed on 04/25/08.

   2.  The case was dismissed after confirmation, 09/12/2008.

   3.  The Debtor paid a total of $    865.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV CURRENT MORTG         .00           .00            .00
CARRINGTON MORTGAGE SERV MORTGAGE ARRE    21018.77           .00            .00
AASTRO TITLE LENDERS LLC SECURED VEHIC      642.00          2.49          57.51
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00            .00
COLLECT AMERICA          UNSECURED       NOT FILED           .00            .00
CREDIT ONE BANK          UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK       UNSECURED       NOT FILED           .00            .00
GEMB                     UNSECURED       NOT FILED           .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21660.77       .00         .00          .00       21660.77
PRINCIPAL PAID         57.51       .00         .00          .00          57.51
INTEREST PAID           2.49       .00         .00          .00           2.49
TOTAL PAID             60.00       .00         .00          .00          60.00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $   1257.00   direct and $    754.83  through the plan.

The Trustee received $      50.17 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/08                   /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 02572 VELMA WIGGINS